**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTELLIMARK, INC., a Delaware corporation, and IM ACQUISITION, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>PHILIP B. ROWE, an individual, and LESLIE ROWE, an individual,<br><br>    Defendants.<br>_____ / | No. C 05-05408 WHA<br><br>**ORDER GRANTING *EX PARTE* REQUEST TO CONTINUE INITIAL DISCLOSURE DEADLINES AND CASE MANAGEMENT CONFERENCE** |

The Court **EXTENDS** the initial disclosure deadlines by **TWO WEEKS** and **CONTINUES** the case management conference to **APRIL 13, 2006, AT 11:00 A.M.** Please submit your joint case management conference statement by **APRIL 6, 2006**. Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: March 9, 2006.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE