1   GREENBERG TRAURIG, LLP
    WILLIAM J. GOINES (SBN 61290)
2   KAREN ROSENTHAL (SBN 209419)
    CINDY HAMILTON (SBN 217951)
3   1900 University Avenue, Fifth Floor
    East Palo Alto, CA 94303
4   Telephone: (650) 328-8500
    Facsimile: (650) 328-8508
5   Email: goinesw@gtlaw.com
    Email: rosenthalk@gtlaw.com
6   Email: hamiltonc@gtlaw.com

7   Attorneys for Plaintiffs INTELLIMARK, INC.
    and IM ACQUISITION, INC
8

9                   UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
11

12  INTELLIMARK, INC., a Delaware corporation      Case No. C 05 5408 WHA
    and IM ACQUISITION, INC., a Delaware
13  corporation
14                                                 [PROPOSED] ORDER RETAINING
                                                   JURISDICTION TO ENFORCE
                    Plaintiffs,                    SETTLEMENT AGREEMENT
15        v.
16  PHILIP B. ROWE, an individual, and LESLIE
    ROWE, an individual,
17
18                  Defendants.

19
20        Pursuant to the Stipulation between the parties to dismiss the action without prejudice and for
21  the Court to retain exclusive jurisdiction to enforce the Settlement Agreement, and good cause
22  appearing therefor,
23        IT IS HEREBY ORDERED that the Court retain exclusive jurisdiction to enforce the
24  Settlement Agreement entered into between the parties in the above-entitled matter., but not beyond
25  12/31/07.

26  Dated: 4/3/06      _____
27                                          Honorable _____
                                            Judge _____ District Court
28                                                 Judge William Alsup